UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN THOMAS MILLER, et al., )
    Plaintiffs, )
) No. 1:19-cv-66
-v- )
) HONORABLE PAUL L. MALONEY
DENNIS DUCHENE, II, et al., )
    Defendants. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 46), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** July 15, 2021            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge